O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 09-235M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| KESIL ORTEGA DE LA TORRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.

A.  On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte)</u> involving:

1. ( )  serious risk defendant will flee;

2. ( )  serious risk defendant will

    a. ( )  obstruct or attempt to obstruct justice;

    b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

3. ( X)  a violation of supervised release or probation.

II.

The Court finds no condition or combination of conditions will reasonable assure:

    A. (X)   appearance of defendant as required; and/or

    B. ( )    safety of any person or the community;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  Page 1 of 2

|    |    |
|---|---|
| 1  | III. |
| 2  | The Court has considered: |
| 3  | A. (X)   the nature and circumstances of the offense; |
| 4  | B. (X)   the weight of evidence against the defendant; |
| 5  | C. (X)   the history and characteristics of the defendant; |
| 6  | D. ( )    the nature and seriousness of the danger to any person or to the community. |
| 7  | IV. |
| 8  | The Court concludes: |
| 9  | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 10 |    |
| 11 | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 12 |    |
| 13 | C. ( ) A serious risk exists that defendant will: |
| 14 |      1. ( )  obstruct or attempt to obstruct justice; |
| 15 |      2. ( )  threaten, injure or intimidate a witness/ juror; because: |
| 16 |    |
| 17 | D. (X)     Defendant has not established by clear and convincing evidence to the contrary that |
| 18 |            he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19 |            § 3143 (a). |
| 20 | IT IS ORDERED that defendant be detained prior to trial. |
| 21 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 22 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 24 | consultation with his counsel. |
| 25 | Dated:  June 9, 2009 |
| 26 |    |
| 27 | Marc L. Goldman |
|    | U.S. Magistrate Judge |
| 28 |    |